**Robert McDANIELS, Petitioner–Appellant,**

v.

**Richard J. KIRKLAND, Warden, Respondent–Appellee.**

**Keelon T. Jenkins, Petitioner–Appellant,**

v.

**Michael S. Evans, Warden, Respondent–Appellee.**

**Nos. 09–17339, 11–15030.**

United States Court of Appeals, Ninth Circuit.

Argued and Submitted En Banc June 16, 2015.

Filed Dec. 24, 2015.

Richard Alan Tamor, Tamor & Tamor, San Francisco, CA, for Petitioner–Appellant.

Arthur Paul Beever, Deputy Attorney General, California Department of Justice,

---

San Francisco, CA, for Respondent–Appellee.

Before: THOMAS, Chief Judge and PREGERSON, McKEOWN, W. FLETCHER, BERZON, TALLMAN, CALLAHAN, IKUTA, CHRISTEN, HURWITZ and FRIEDLAND, Circuit Judges.

MEMORANDUM *

Robert McDaniels and Keelon Jenkins appeal from denials of their separate 28 U.S.C. § 2254 petitions for writs of habeas corpus. We address their *Batson* claims in a published opinion filed concurrently with this memorandum disposition. Here, we address their ineffective-assistance-of-counsel claims.

We affirm the district court's denial of McDaniels's habeas petition with respect to his ineffective-assistance-of-counsel claim. Fairminded jurists could disagree about whether McDaniels's claim is meritorious, which precludes federal habeas relief. *See Harrington v. Richter,* 562 U.S. 86, 101–05, 131 S.Ct. 770, 178 L.Ed.2d 624 (2011).

Jenkins's briefing on appeal addresses ineffective-assistance-of-counsel claims for which we did not previously grant a certificate of appealability ("COA"). We construe this briefing as a motion to expand the COA. *See* 9th Cir. R. 22–1(e). So construed, we grant the motion in part and deny it in part. We deny the motion with respect to Jenkins's claim under *People v.*

---

* This disposition is not appropriate for publication and is not precedent except as provided

by 9th Cir. R. 36–3.

*Marsden,* 2 Cal.3d 118, 84 Cal.Rptr. 156, 465 P.2d 44 (1970) (in bank), which we recognize as an ineffective-assistance-of-counsel claim for purposes of federal habeas, *see Robinson v. Kramer,* 588 F.3d 1212, 1216 (9th Cir.2009). We grant the motion, however, with respect to Jenkins's other ineffective-assistance-of-counsel claim, which is based on his allegation that trial counsel attacked Jenkins's credibility at trial. Because this claim is "adequate to deserve encouragement to proceed further," *Slack v. McDaniel,* 529 U.S. 473, 484, 120 S.Ct. 1595, 146 L.Ed.2d 542 (2000), we order the State to submit briefing in response to it. We return this claim to the three-judge panel for further proceedings consistent with this disposition.

No. 09–17339 AFFIRMED. Motion to expand the certificate of appealability GRANTED IN PART and DENIED IN PART in No. 11–15030; No. 11–15030 REMANDED IN PART to the three-judge panel.

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.